# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| MONICA F. JACKSON | : | Case No. 1:19-CV-00629 |
| Plaintiff | : | |
| | : | Judge Timothy S. Black |
| v. | : | |
| GENERAL ELECTRIC AVIATION | : | |
| Defendant | : | |

## DEFENDANT'S MOTION TO RELEASE THE SETTLEMENT CONFERENCE TRANSCRIPT

Defendant General Electric Company, incorrectly identified as General Electric Aviation, ("Defendant"), through counsel, hereby moves the Court to issue an order permitting the Clerk of Court to release the sealed transcript of the settlement conference held on January 23, 2020. Defendant was informed by the court reporter that the office of the Clerk of Court will not release the transcript of any settlement conference absent a court order. Accordingly, Defendant requests an order from the Court permitting the release of the transcript. The confidentiality of the settlement conference will not be affected as the transcript will only be released to the parties to the instant case. A proposed order is attached for the Court's convenience.

Respectfully submitted,

*/s/ Kasey L. Bond*
Kasey L. Bond (92235)
Melanie Cheek (97964)
KEATING MUETHING & KLEKAMP
One East Fourth Street, Suite 1400
Cincinnati, OH  45202
Phone:  513.579.6400
Fax:  513.579. 6457
kbond@kmklaw.com
mcheek@kmklaw.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 28, 2020, the foregoing Motion is being filed with the Clerk, using the electronic case filing system of the Court, which electronically will send a "Notice of Electronic Filing" to the following attorney of record, whom has consented to accept such a Notice as service of this document by electronic means.

Robert A. Steinberg (#0032932)
Robert Steinberg Co LPA
9050 Ambercreek Dr.
Cincinnati, OH 45236
(513) 510-5122
r.steinberg@robertsteinberglaw.com

Terrence L. Goodman (#0009148)
Law Office of Terrence L. Goodman, LLC
17 Heritage Rd.
Cincinnati, Ohio 45241
terrygoodmanlaw@earthlink.net

*Attorneys for Plaintiff*

                   */s/ Kasey L. Bond*
                   Kasey L. Bond

9799544.1

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| MONICA F. JACKSON | : | Case No. 1:19-CV-00629 |
| | : | |
| Plaintiff | : | |
| | : | Judge Timothy S. Black |
| v. | : | |
| | : | |
| GENERAL ELECTRIC AVIATION | : | |
| | : | |
| Defendant | : | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO RELEASE THE SETTLEMENT CONFERENCE TRANSCRIPT**

This matter is before the Court on Defendant's Motion to Release The Settlement Conference Transcript.  The Court, being duly advised, hereby **ORDERS** that Defendant's Motion is **GRANTED** and that the court reporter is instructed to release to Defendant a copy of the transcript of the settlement conference held on January 23, 2020.

IT IS SO ORDERED:

Dated: _____

_____
STEPHANIE BOWMAN
United States Magistrate Judge

9807633.1